# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

CEDRIC GREENE,

    *Plaintiff*,

vs.

    Case No. 18-1014-EFM

GREYHOUND LINES, INC.,

    *Defendant.*

## ORDER ADOPTING R&R and DISMISS CASE

On February 6, 2018, the United States Magistrate Judge assigned to this case issued a Report and Recommendation, recommending that the Complaint be dismissed for improper venue. The R&R also noted that the Court lacked sufficient information to demonstrate its jurisdiction over the defendant, and the case was also therefore subject to dismissal for lack of personal jurisdiction; and that in fact the Plaintiff had admitted that the Court lacked jurisdiction. It therefore recommended that the claims be dismissed under 28 U.S.C. 1915(e)(2)(B), and instructed the Plaintiff to file any written objections to the proposed findings and conclusions within fourteen days.

Plaintiff responded by filing his Objections to Findings and Recommendations of the Magistrate Judge, and in Alternative Request for Change of Venue. However his Objections show no reason why the Magistrate Judge's recommendations that the Court was an improper venue for the claims, or that it lacked jurisdiction over the defendants, were legally erroneous.

And upon this showing, the Court declines to order this case be transferred to a court where venue might properly exist.

The Report and Recommendation is therefore adopted by this Court as its own, and the case is accordingly dismissed.

**IT IS THEREFORE ORDERED**, that pursuant to 28 U.S.C. §1915(e)(2)(B) Plaintiff's Complaint is Dismissed and this case is closed.

**IT IS SO ORDERED.**

Dated this 27th day of February, 2018 in Wichita, Kansas.

ERIC F. MELGREN
UNITED STATES DISTRICT JUDGE